# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | October 11, 2023 |
| TIME: | 2:30 P.M. |
| DOCKET NUMBER(S): | CV-22-6343 (KAM) |
| NAME OF CASE(S): | Gueci v. Altaire Pharmaceuticals, Inc. et al. |
| FOR PLAINTIFF(S): | Rehman |
| FOR DEFENDANT(S): | Behar |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | AT&T (2:30 - 2:35) |

RULINGS FROM Fairness Hearing :

Court held Fairness Hearing regarding the Joint Motion for Settlement Approval [17]. Parties intend to consent to this Court's jurisdiction. Once the consent form is submitted and approved, the Court will rule on the Motion for Settlement Approval.